[No. 6557-0-III.   Division Three.   September 5, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. ALVIN L. ROSS, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 84-1-50061-1, Duane E. Taber, J., entered June 12, 1984. *Denied* by unpublished per curiam opinion.

[No. 14456-1-I.   Division One.   September 9, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. LESLIE B. RIGGINS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83-1-03140-7, James D. McCutcheon, Jr., J., entered March 5, 1984. *Affirmed* by unpublished opinion per Williams, J., Corbett, C.J., and Ringold, J., concurring in the result.

[No. 13303-9-I.   Division One.   September 9, 1985.]

HAROLD NILS TORHEIM, SR., *Individually and as Guardian,* ET AL, *Appellants,* v. ASSO-CIATED SAND & GRAVEL COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 82-2-01054-3, Paul D. Hansen, J., entered May 10, 1983. *Affirmed* by unpublished opinion per Hopp, J. Pro Tem., concurred in by Williams and Coleman, JJ.